1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATM LLC d/b/a STEVENS & ASSOCIATES/STEVENS MANAGEMENT SERVICES,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>    Defendant. | Case No.: 2:24-cv-00405-JHC<br><br>STIPULATION & ORDER RE: WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PAYMENT ALLIANCE INTERNATIONAL, INC. |

STIPULATION AND ORDER RE :WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
PAYMENT ALLIANCE INTERNATIONAL, INC.
Case No. 2:24-cv-00405-JHC

Pursuant to Local Rules 83.2(b)(1) and 7(d)(1), Defendant and Counterclaimant Payment Alliance International, Inc. ("PAI") respectfully files this stipulation to withdraw and substitute counsel as follows:

WHEREAS, PAI previously retained the law firms of DLA Piper LLP (US) ("DLA Piper") and McFadden Trachtenberg PLLC ("GreatLaw") as its counsel in this matter.

WHEREAS, PAI no longer desires to be represented by those firms, and instead seeks to be represented in this matter by the law firm Duane Morris, LLP.

WHEREAS, Duane Morris, LLP contacted counsel for WATM via phone on December 27, 2024, to inform WATM of the pending change in counsel, which was going to be effective January 1, 2025, and all communication between counsel for WATM and counsel for PAI since December 27, 2024, including discovery communication, has been with Ryan Borneman of Duane Morris LLP, who intends to seek *pro hac vice* admission to this case on behalf of PAI.

WHEREAS, PAI and its substituting counsel at Duane Morris LLP are aware of the current case scheduling order (Dkt. #14) entered on May 14, 2024, and stipulate that the change of counsel will not be relied on as justification for any changes to the case schedule nor as justification for any discovery delays.

Accordingly, PAI brings this stipulated motion requesting an order approving the substitution of Duane Morris LLP in the place of DLA Piper and GreatLaw as PAI's counsel in this action.  Specifically, PAI requests that Austin M. Rainwater and Jeffrey B DeGroot of DLA Piper, and Brian A. Srubar and Brian Trachtenberg of GreatLaw withdraw as counsel in this action, and that the following attorneys may substitute in as counsel for PAI:

> William J. Baron, WSB No. 61409
> Lauren M. Case, WSB No. 49558
> DUANE MORRIS LLP
> Spear Tower
> One Market Plaza, Suite 2200
> San Francisco, CA 94105
> Telephone: +1 415 957 3000
> Fax: +1 415 957 3001
> E-mail: wjbaron@duanemorris.com
>             lmcase@duanemorris.com

STIPULATION AND ORDER RE WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
PAYMENT ALLIANCE INTERNATIONAL, INC.
Case No. 2:24-cv-00405-JHC

Page No. 1

IT IS HEREBY STIPULATED AND AGREED, by the Parties, and subject to the Court's approval, that Duane Morris, LLP may substitute in as counsel for PAI, and DLA Piper and GreatLaw may withdraw.

DATED: January 15, 2025          **DLA PIPER LLP (US)**

By: */s/ Austin Rainwater*
Austin Rainwater, WSB No. 41904
austin.rainwater@us.dlapiper.com
Jeffrey DeGroot, WSB No. 46839
jeffrey.degroot@us.dlapiper.com
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029
Telephone:  +1 206 839 4800

Attorneys for Defendant and Counter Claimant
PAYMENT ALLIANCE INTERNATIONAL INC.

DATED: January 15, 2025          **MCFADDEN TRACHTENBERG PLLC**

By: */s/ Brian Srubar*
Brian Trachtenberg, Texas Bar No. 24037608
brian@GreatLaw.com
Brian A. Srubar, Texas Bar No. 24098460
srubar@GreatLaw.com
4200 Montrose Blvd, Ste. 300
Houston, TX  77006
Telephone:  +1 713 688 6789

Attorneys for Defendant and Counter Claimant
PAYMENT ALLIANCE INTERNATIONAL INC.

///
///
///
///
///
///
///

STIPULATION AND ORDER RE WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
PAYMENT ALLIANCE INTERNATIONAL, INC.
Case No. 2:24-cv-00405-JHC

Page No. 2

| | | |
|---|---|---|
| 1 | DATED: January 15, 2025 | **DUANE MORRIS** LLP |
| 2 | | |
| 3 | | By: */s/ Lauren M. Case* |
| 4 | | William J. Baron, WSB No. 61409<br>wjbaron@duanemorris.com |
| 5 | | Lauren M. Case, WSB No. 49558<br>lmcase@duanemorris.com |
| 6 | | Spear Tower<br>One Market Plaza, Suite 2200 |
| 7 | | San Francisco, CA 94105<br>Telephone:    +1 415 957 3000 |
| 8 | | Attorneys for Defendant and Counter Claimant<br>PAYMENT ALLIANCE INTERNATIONAL INC. |
| 9 | | |
| 10 | DATED: January 15, 2025 | **STOKES LAWRENCE, P.S.** |
| 11 | | |
| 12 | | |
| 13 | | By: */s/ Brett MacIntyre*<br>Matthew Harrington, WSB No. 33276 |
| 14 | | matthew.harrington@stokeslaw.com<br>Brett MacIntyre, WSB No. 46572 |
| 15 | | brett.macIntyre@stokeslaw.com<br>1420 Fifth Avenue, Suite 3000 |
| 16 | | Seattle, WA 98101-2393<br>Telephone:   +1 206 626 6000 |
| 17 | | Fax:    +1 206 464 1496 |
| 18 | | Attorneys for Plaintiff and Counter-Defendant<br>WATM LLC d/b/a STEVENS &<br>ASSOCIATES/STEVENS MANAGEMENT |
| 19 | | SERVICES |

STIPULATION AND ORDER RE WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
PAYMENT ALLIANCE INTERNATIONAL, INC.
Case No. 2:24-cv-00405-JHC

Page No. 3

**ORDER**

The Stipulated Motion re Withdrawal and Substitution of Counsel for Payment Alliance International, Inc. is GRANTED.

The law firm of Duane Morris, LLP is substituted in as counsel for Defendant and Counter Claimant Payment Alliance International, Inc., and the law firms of DLA Piper LLP (US) and McFadden Trachtenberg PLLC are withdrawn as counsel.

**IT IS SO ORDERED.**

DATED this 15th day of January, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
PAYMENT ALLIANCE INTERNATIONAL, INC.
Case No. 2:24-cv-00405-JHC

Page No. 4