UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATM LLC d/b/a STEVENS & ASSOCIATES/STEVENS MANAGEMENT SERVICES,<br><br>        Plaintiff,<br>  v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>        Defendant. | Case No.: 2:24-cv-00405-JHC<br><br>ORDER CONTINUING TRIAL |

Before the Court is the Parties' Stipulated Motion for Order to Continue Trial Date and Pretrial Deadlines. Dkt. # 29. Based on the motion, the Court finds good cause to continue trial. Due to the Court's current trial calendar, the Court ORDERS that the new trial date is **February 17, 2026**. The Court DIRECTS the Clerk to issue new case scheduling order—including dates from the deadline for discovery motions to the trial date—based on the Court's standard pretrial schedule.

DATED this 4th day of March, 2025.

John H. Chun
United States District Judge

ORDER CONTINUING TRIAL - 1