1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATM LLC d/b/a STEVENS & ASSOCIATES/STEVENS MANAGEMENT SERVICES,<br><br>                    Plaintiff,<br><br>        v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>                    Defendant. | Case No.: 2:24-cv-00405-JHC<br><br>STIPULATED MOTION RE BRIEFING SCHEDULE ON PAYMENT ALLIANCE INTERNATIONAL, INC.'S MOTION FOR PROTECTIVE ORDER DESIGNATING CERTAIN INFORMATION AS ATTORNEYS' EYES ONLY (DKT. 33); ORDER |

Plaintiff WATM, LLC ("WATM") and Defendant and Counterclaimant Payment Alliance International, Inc. ("PAI") (together, the "Parties") respectfully file this stipulation regarding the briefing schedule on PAI's Motion for Protective Order Designating Certain Information as Attorneys' Eyes Only (Dkt. 33) ("Motion for Protective Order") as follows:

WHEREAS, on April 17, 2025, PAI filed its Motion for Protective Order, a "14-Day Motion" pursuant to LCR 7(d)(2), with a May 9, 2025 noting date, providing WATM with 22-days notice.

WHEREAS, PAI contemporaneously filed a Motion to Seal with a May 9, 2025 noting date (Dkt. 32).

WATM filed on April 18, 2025, a Motion to Compel with a May 9, 2025 noting date (Dkt. 37) and contemporaneously filed a Motion to Seal with a May 9, 2025 noting date (Dkt. 35).

WHEREAS, the Parties have agreed to a modified briefing schedule on the Motion for Protective Order that differs from the schedule outlined in LCR 7(d)(2) to more closely align with the briefing schedules on the other motions noted for May 9, 2025.

IT IS HEREBY STIPULATED AND AGREED by the Parties, and subject to the Court's approval, that WATM may have additional time to respond to the Motion for Protective Order, and PAI may in turn have additional time to reply than is permitted under Local Rule 7(d)(2).  Specifically, the Parties agree that WATM will file its opposition to the Motion for Protective Order on or before May 1, 2025, and PAI's deadline to file its reply in support of the Motion for Protective Order will be filed on the noting date, May 9, 2025.

The briefing schedules for PAI's Motion to Seal, WATM's Motion to Seal, and WATM's Motion to Compel remain unchanged.

///

///

///

1   DATED:  April 25, 2025            **DUANE MORRIS** LLP

2

3                                     By: /s/ Lauren M. Case
                                          Ryan E. Borneman (*pro hac vice*)
4                                         30 South 17th Street
                                          Philadelphia, PA 19103-4196
5                                         Telephone: +1 215-979-1105
                                          E-mail:     reborneman@duanemorris.com
6
                                          William J. Baron, WSBA No. 61409
7                                         wjbaron@duanemorris.com
                                          Lauren M. Case, WSBA No. 49558
8                                         lmcase@duanemorris.com
                                          Spear Tower
9                                         One Market Plaza, Suite 2200
                                          San Francisco, CA 94105
10                                        Telephone:     +1 415 957 3000

11                                        Attorneys for Defendant and Counter Claimant
                                          PAYMENT ALLIANCE INTERNATIONAL INC.
12

13  DATED:  April 25, 2025            **STOKES LAWRENCE, P.S.**

14

15
                                     By: /s/ Brett MacIntyre
16                                        Matthew Harrington, WSBA No. 33276
                                          matthew.harrington@stokeslaw.com
17                                        Brett MacIntyre, WSBA No. 46572
                                          brett.macintyre@stokeslaw.com
18                                        1420 Fifth Avenue, Suite 3000
                                          Seattle, WA 98101-2393
19                                        Telephone:   +1 206 626 6000
                                          Fax:   +1 206 464 1496
20
                                          Attorneys for Plaintiff and Counter-Defendant
21                                        WATM LLC d/b/a STEVENS &
                                          ASSOCIATES/STEVENS MANAGEMENT
22                                        SERVICES

23

24

25

26

STIPULATION & ORDER RE: BRIEFING SCHEDULE-2
Case No. 2:24-cv-00405-JHC

**ORDER**

The Stipulated Motion re Briefing schedule on Payment Alliance International, Inc.'s Motion for Protective Order Designating Certain Information as Attorneys' Eyes Only (Dkt. 33) is GRANTED. WATM'S opposition brief is due on or before May 1, 2025, and PAI's reply brief is due on or before May 9, 2025.

The briefing schedules for PAI's Motion to Seal (Dkt. 32), WATM's Motion to Seal (Dkt. 35), and WATM's Motion to Compel (Dkt. 37) remain unchanged.

**IT IS SO ORDERED.**


DATED this 25th day of April, 2025.


JOHN H. CHUN
UNITED STATES DISTRICT JUDGE