UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATM LLC d/b/a STEVENS & ASSOCIATES/STEVENS MANAGEMENT SERVICES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>　　　　　　　Defendant. | Case No.: 2:24-cv-00405-JHC<br><br>ORDER GRANTING PAYMENT ALLIANCE INTERNATIONAL, INC.'S UNOPPOSED MOTION TO SEAL EXHIBITS TO DECLARATION OF RYAN BORNEMAN FILED IN SUPPORT OF MOTION FOR PROTECTIVE ORDER DESIGNATING CERTAIN INFORMATION AS ATTORNEYS' EYES ONLY |

ORDER GRANTING MOTION TO SEAL
Case No. 2:24-cv-00405-JHC

Before the Court is Defendant Payment Alliance International, Inc.'s (PAI) Unopposed Motion to Seal Exhibits to Declaration of Ryan Borneman Filed in Support of Motion for Protective Order Designating Certain Information as Attorneys' Eyes Only.  Dkt. # 32.  The motion is unopposed.  The motion is noted for May 9, 2025, but the Court sees no reason to wait to rule on it.

Accordingly, the Court, having considered the materials submitted by the Parties, hereby ORDERS that PAI's Motion to Seal is GRANTED as follows.  The following shall remain under seal:

1. Exhibits F, G, and H to the Borneman Declaration, which are documents bates-stamped:  PAI_003149-3151; PAI_003148; and PAI_009196-9174;

2. Exhibit I to the Borneman Declaration, which is PAI's Second Amended and Supplemental Answer and Objections to Interrogatory No. 17 of WATM LLC's First Set of Interrogatories, which PAI designated as "Attorneys' Eyes Only"; and

3. Exhibits J, K, L, M, and N to the Borneman Declaration, which are documents bates-stamped:  PAI_000241-246; PAI_000252-259; PAI_000434-438; PAI_000503-504; and PAI_000609-610.

IT IS SO ORDERED.

DATED this 7th day of May, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE