UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WATM LLC d/b/a STEVENS & ASSOCIATES/STEVENS MANAGEMENT SERVICES,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>    Defendant. | Case No.: 2:24-cv-00405-JHC<br><br>ORDER GRANTING PAYMENT ALLIANCE INTERNATIONAL, INC.'S MOTION TO SEAL EXHIBITS TO DECLARATION OF RYAN BORNEMAN FILED IN OPPOSITION TO MOTION TO COMPEL (DKT. 37) |

ORDER GRANTING MOTION TO SEAL
Case No. 2:24-cv-00405-JHC

This matter came on for hearing before the undersigned Judge of the above-entitled Court upon Defendant Payment Alliance International, Inc.'s ("PAI") Motion to Seal Exhibits to Declaration of Ryan Borneman Filed in Opposition to Plaintiff's Motion to Compel Discovery Responses. The Court, having considered the materials submitted by the Parties, hereby ORDERS that PAI's Motion to Seal is GRANTED as follows. The following shall remain under seal:

1. Exhibits C, D, and E to the Borneman Declaration, which are documents bates-stamped: PAI_003135-3137; PAI_003149-3151; and PAI_009169-9174.

IT IS SO ORDERED.

DATED this 9th day of May, 2025.

JOHN H. CHUN
UNITED STATED DISTRICT JUDGE