1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

| WATM LLC d/b/a STEVENS & ASSOCIATES/STEVENS MANAGEMENT SERVICES,<br><br>                    Plaintiff,<br><br>        v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>                    Defendant. | Case No.: 2:24-cv-00405-JHC<br><br>ORDER GRANTING WATM LLC'S MOTION TO SEAL RE PAI'S AEO MOTION (DKT. 43) AND PAYMENT ALLIANCE INTERNATIONAL, INC.'S CROSS-MOTION TO SEAL (DKT. 60) |
| --- | --- |

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO
SEAL (DTK. 43) AND CROSS-
MOTION TO SEAL (DKT. 60)
Case No. 2:24-cv-00405-JHC

1      This matter comes before the Court on Plaintiff WATM LLC's Motion to Seal re PAI's

2  AEO Motion (Dkt. # 43) (the Motion) and Defendant Payment Alliance International, Inc.'s

3  (PAI) Cross-Motion to Seal (Dkt. # 60) (the Cross-Motion).  The Court, having considered the

4  materials submitted by the Parties, hereby ORDERS that the Motion and Cross-Motion to Seal

5  are GRANTED as follows:

6      The following documents attached to the Declaration of Brett MacIntyre (Dkt. 47) shall

7  remain under seal:

8          1.  **Exhibit B** – PAI_004921-4923;

9          2.  **Exhibit D** – PAI_005452-5453;

10         3.  **Exhibit F** – PAI_003258-3263;

11         4.  **Exhibit G** – PAI_016294-16305;

12         5.  **Exhibit H** – PAI_010016-0018; and

13         6.  **Exhibit I** – PAI_003526.

14     It is further ordered that the following documents publicly filed with the MacIntyre

15  Declaration shall be filed under seal:

16         1.  **Exhibit C** – email chain filed as evidence in support of ATMOne, Inc.'s Motion

17             for Partial Summary Judgment (Dkt. 40) in the action entitled, *Atmone Inc. v.*

18             *Payment Alliance International, Inc*., N.D. Texas, Case No. 3:23-cv-01401-L

19             ("ATMOne Action"), and bates-stamped PAI-00039-41.

20         2.  **Exhibit E** – PAI's discovery responses filed as evidence in support of

21             ATMOne, Inc.'s Motion for Partial Summary Judgment (Dkt. 40) in the

22             ATMOne Action.

23     Because the exhibits filed with the MacIntyre Declaration were filed as a single PDF on

24  CM/ECF, the entirety of the document will be sealed.  Thus, the Court DIRECTS Plaintiff

25  WATM LLC to re-file the MacIntyre Declaration with the documents to be filed on the public

26  record.

ORDER GRANTING MOTION TO            Page No. 1
SEAL (DTK. 43) AND CROSS-
MOTION TO SEAL (DKT. 60)
Case No. 2:24-cv-00405-JHC

1    It is further ordered that the following language quoted in Plaintiff's Opposition to

2  PAI's Motion for Protective Order (Dkt. 45), shall be redacted from the public record:

3        1.  The quoted language from Exhibit C in Plaintiff's Opposition (Dkt. 45), at p. 8

4            lines 6-8; and

5        2.  The quoted language from Exhibit H in the Opposition at page 11, lines 4 and

6            10-11.

7    IT IS SO ORDERED.

8    DATED this 23rd day of May, 2025.

9

10                                          _____
                                            JOHN H. CHUN
11                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO          Page No. 2
SEAL (DTK. 43) AND CROSS-
MOTION TO SEAL (DKT. 60)
Case No. 2:24-cv-00405-JHC