1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   WESTERN DISTRICT OF WASHINGTON
10                              AT SEATTLE

11  WATM LLC d/b/a STEVENS &                    Case No.: 2:24-cv-00405-JHC
    ASSOCIATES/STEVENS
12  MANAGEMENT SERVICES,                        **ORDER GRANTING PAYMENT
                                                ALLIANCE INTERNATIONAL, INC.'S
13                        Plaintiff,            MOTION TO AMEND
                                                COUNTERCLAIMS AND JOIN PARTIES**
14
         v.
15
    PAYMENT ALLIANCE
16  INTERNATIONAL, INC.,

17                       Defendant.

18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION TO
AMEND COUNTERCLAIMS AND
JOIN PARTIES
Case No. 2:24-cv-00405-JHC

1  This matter comes before the Court on Payment Alliance International, Inc.'s (PAI) Motion to Amend the Scheduling Order and for Leave to Amend PIA's Counterclaims and Join Party. Dkt. # 69. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion. The Court DIRECTS PAI to file and serve the amended counterclaims on all parties within seven (7) days of the filing of this Order.

DATED this 26th day of September, 2025.

_____
JOHN H. CHUN
UNITED STATED DISTRICT JUDGE