UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WATM LLC d/b/a STEVENS & ASSOCIATES/STEVENS MANAGEMENT SERVICES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>　　　　Defendant | Case No.: 2:24-cv-00405-JHC<br><br>ORDER ON PLAINTIFF WATM LLC'S MOTION TO SEAL |

This matter comes before the Court on Plaintiff WATM LLC's Motion to Seal. Dkt. # 75. The motion appears unopposed. Dkt. # 82 (response and cross motion). The Court GRANTS the motion.

DATED this 1st day of October, 2025.

　　　　　　　　　　　　　　　　　　　　*John H. Chun*
　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON PLAINTIFF WATM LLC'S MOTION TO SEAL - 1