UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WATM LLC d/b/a STEVENS & ASSOCIATES/STEVENS MANAGEMENT SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>Defendant. | Case No.: 2:24-cv-00405-JHC<br><br>**ORDER GRANTING PAYMENT ALLIANCE INTERNATIONAL, INC.'S MOTION TO SEAL EXHIBITS TO DECLARATION OF RYAN BORNEMAN FILED IN SUPPORT F REPLY BRIEF ISO MOTION TO AMEND THE SCHEDULING ORDER AND FOR LEAVE TO AMEND PAI'S COUNTERCLAIMS AND JOIN PARTY** |

ORDER GRANTING
MOTION TO SEAL
Case No. 2:24-cv-00405-JHC

1   This matter came on for hearing before the undersigned Judge of the above-entitled
2   Court upon Defendant Payment Alliance International, Inc.'s ("PAI") Motion to Seal Exhibits
3   to Declaration of Ryan Borneman Filed in Support of Reply Brief in Support of Motion to
4   Amend the Scheduling Order and for Leave to Amend PAI's Counterclaims and Join Party.
5   Dkt. # 80.  The motion is unopposed.  The Court hereby ORDERS that PAI's Motion to Seal is
6   GRANTED as follows.  The following shall remain under seal: Exhibits 62, 63, 64, and 112 to
7   the Borneman Declaration, which are documents bates-stamped:  PAI_018219; PAI_019099;
8   PAI_019914; and WATM_000074.
9   DATED this 7th day of October, 2025.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATED DISTRICT JUDGE

ORDER GRANTING
MOTION TO SEAL
Case No. 2:24-cv-00405-JHC

Page No. 1

DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105