UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WATM LLC d/b/a STEVENS & ASSOCIATES/STEVENS MANAGEMENT SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>Defendant. | Case No.: 2:24-cv-00405-JHC<br><br>**ORDER GRANTING MOTION TO SEAL** |

ORDER GRANTING MOTION
TO SEAL
Case No. 2:24-cv-00405-JHC

1  This matter comes before the Court on Defendant Payment Alliance International, Inc.'s
2  Cross-Motion to Seal.  Dkt. # 82.  The motion is unopposed.  For the reasons presented therein,
3  the Court GRANTS the motion.  The following shall remain under seal: Exhibits C and D to
4  the Harrington Declaration, which are documents bates-stamped: PAI_003264 and
5  PAI_002707.
6  DATED this 10th day of October, 2025.

*[signature]*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE