UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WATM LLC d/b/a STEVENS & ASSOCIATES/STEVENS MANAGEMENT SERVICES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAYMENT ALLIANCE INTERNATIONAL, INC.,<br><br>　　　　　　Defendant. | Case No.: 2:24-cv-00405-JHC<br><br>**JOINT STIPULATION TO MODIFY MODEL STIPULATED PROTECTIVE ORDER (DKT. 18); ORDER**<br><br>**NOTED FOR CONSIDERATION:**<br>February 23, 2026 |

JOINT STIPULATION TO MODIFY MODEL
STIPULATED PROTECTIVE ORDER (DKT. 18);
ORDER
Case No. 2:24-cv-00405-JHC

Plaintiff WATM, LLC ("WATM") and Defendant Payment Alliance International, Inc. ("PAI") (together, the "Parties") respectfully file this stipulation to modify the Model Stipulated Protective Order (Dkt. 18) ("Stipulation to Modify Protective Order") as follows:

WHEREAS, the Parties have agreed that documents produced by the Parties and the deposition transcripts in this proceeding may be used by PAI in any subsequent action or proceeding against NYC ATM Corp. arising from or related to the subject matter of this litigation, subject to the terms of the Parties' confidential Settlement Agreement and Release.

IT IS HEREBY STIPULATED AND AGREED by the Parties, and subject to the Court's approval, that the Model Stipulated Protective Order entered by the Court on August 14, 2024 (Dkt. 18) be modified to the extent necessary to allow that any documents produced by the Parties and the deposition transcripts in this proceeding may be used by PAI in any subsequent action or proceeding against NYC ATM Corp. arising from or related to the subject matter of this litigation, subject to the terms of the Parties' confidential Settlement Agreement and Release. Specifically, the Parties agree that the attached Exhibit A shall serve as the effective Stipulated Protective Order.

DATED:  February 23, 2026          **DUANE MORRIS LLP**

By: */s/ William J. Baron*

**Ryan E. Borneman** (*pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: +1 215-979-1105
E-mail:    reborneman@duanemorris.com

**William J. Baron**, WSBA No. 61409
wjbaron@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
Telephone:    +1 415 957 3000

Attorneys for Defendant
PAYMENT ALLIANCE INTERNATIONAL INC.

DATED:  February 23, 2026          **STOKES LAWRENCE, P.S.**


By: */s/ Brett MacIntyre*
    **Matthew Harrington**, WSBA No. 33276
    matthew.harrington@stokeslaw.com
    **Brett MacIntyre**, WSBA No. 46572
    brett.macintyre@stokeslaw.com
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101-2393
    Telephone:   +1 206 626 6000
    Fax:   +1 206 464 1496

Attorneys for Plaintiff
WATM LLC d/b/a STEVENS &
ASSOCIATES/STEVENS MANAGEMENT
SERVICES

JOINT STIPULATION TO MODIFY MODEL
STIPULATED PROTECTIVE ORDER (DKT. 18);
ORDER
Case No. 2:24-cv-00405-JHC

2

## ORDER

The Joint Stipulation to Modify Model Stipulated Protective Order is GRANTED.  The attached Exhibit A shall serve as the effective Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED this 23rd day of February, 2026.


_John H. Chun_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO MODIFY MODEL
STIPULATED PROTECTIVE ORDER (DKT. 18);
ORDER
Case No. 2:24-cv-00405-JHC

3