UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WATM LLC d/b/a STEVENS & ASSOCIATES/STEVENS MANAGEMENT SERVICES, | Case No.: 2:24-cv-00405-JHC |
| Plaintiff-Counterclaim Defendant, | ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL |
| v. | |
| PAYMENT ALLIANCE INTERNATIONAL, INC., | |
| Defendant-Counterclaimant, | |
| v. | |
| RICHARD S. TOWNLEY, an individual, | |
| Counterclaim Defendant. | |

Based upon the stipulation of dismissal filed by the parties, Dkt. # 146, the Court hereby ORDERS that all claims asserted by any party in this matter are dismissed with prejudice and without award of costs or fees to any party.

DATED this 27th day of February, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1